MATTER OF SAINI

In Visa Petition Proceedings

A–10588023

*Decided by District Director December 14, 1966*

Since a soil scientist is a member of the professions within the meaning of section 101(a)(32) of the Immigration and Nationality Act, as amended by P.L. 89–236, and beneficiary is a qualified soil scientist, having received a Ph.D. degree in soil science from an accredited university and having approximately 5 years' experience as a soil scientist, he is eligible for preference classification under section 203(a)(3) of the Act, as amended.

The petition was filed to accord the beneficiary a third preference classification as a member of the professions based upon his qualifications as a soil scientist. The beneficiary is a male, native and citizen of India, age 42, presently residing in Fredericton, New Brunswick, Canada, with his wife and child.

The beneficiary received a bachelor of science degree in 1945 from Punjab University in India, a master of science degree in soil science in 1955 from Punjab University, and a doctor of philosophy degree in soil science in August 1960 from Ohio State University, Columbus, Ohio. He has been employed as a soil scientist from January 1962 to date by the Canadian Department of Agriculture, Fredericton, New Brunswick, Canada. The beneficiary intends to engage in his profession in the United States as a soil scientist, having accepted a position in this field with W. R. Grace and Company, Clarksville, Maryland.

A certification pursuant to section 212(a)(14) of the Act, as amended, has been issued by the Department of Labor.

Soil scientists are listed among professional occupations under code O–35.03 in the Dictionary of Occupational Titles, Volume II, second edition, prepared by the Department of Labor. In the third edition of the above publication, soil scientists are listed under code O–40.081 among occupations in the agricultural sciences group of professional, technical, and managerial occupations. Soil scientists study the physical, chemical, and biological characteristics and behavior of soils. From their research, soil scientists can classify soils in terms of re-

sponse to management practices and capability for producing crops, grasses, and trees as well as their utility as engineering materials.

The Occupational Outlook Handbook, 1966–67 edition, of the United States Department of Labor, states that training in a college or university of recognized standing is important in obtaining employment as a soil scientist and that a bachelor's degree in soil science is a minimum requirement for entrance into this field. It is further stated that persons with graduate training, especially those with the doctor's degree, can be expected to advance rapidly into responsible positions with good pay. Soil scientists are employed in a wide range of public and private institutions, including fertilizer companies, private research laboratories, banks and other lending agencies, and real estate firms. Earnings of well-qualified Federal soil scientists with several years' experience range from about $9,000 to $14,000 per year. Numerous positions in the soil scientist field are vacant because of a shortage of qualified persons.

It is concluded that a person who has a bachelor's degree in soil science from an accredited college or university is a member of the professions within the meaning of sections 101(a)(32) and 203(a)(3) of the Act, as amended. The applicant is entitled to classification as a member of the professions by virtue of his educational attainments.

**ORDER:** It is ordered that the petition be approved and the beneficiary accorded third preference under section 203(a)(3) of the Immigration and Nationality Act, as amended.